UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION
_____

ALI SULTANOV,

        Petitioner,

v.

UNKNOWN PARTY #1 et al.,

        Respondents.

_____/

Case No. 1:26-cv-276

Honorable Robert J. Jonker

## JUDGMENT

In accordance with the opinion entered this day:

**IT IS ORDERED** that Petitioner's petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241 (ECF No. 1) is conditionally **GRANTED** as set forth herein.

**IT IS FURTHER ORDERED** that Respondents are directed to provide Petitioner with a bond hearing under 8 U.S.C. § 1226(a) within five business days of the date of this judgment, or, in the alternative, immediately release Petitioner from custody.

**IT IS FURTHER ORDERED** that, within six business days of the date of this judgment, Respondents shall file a status report with the Court to certify compliance with the Court's opinion and judgment. The status report shall include if and when the bond hearing occurred, if bond was granted or denied, and if bond was granted, the conditions of the bond, or if bond was denied, the reasons for the denial.

**IT IS FURTHER ORDERED** that the Clerk shall substitute Kevin Raycraft, the Director of the Detroit Field Office of ICE, for United States Immigration and Customs Enforcement.

2

**IT IS FURTHER ORDERED** that the United States Department of Homeland Security is **DISMISSED** as a Respondent in this matter.


Dated:   February 17, 2026                         /s/ Robert J. Jonker
                                                                                            Robert J. Jonker
                                                                                            United States District Judge