UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ALI SULTANOV,

        Plaintiff,                    Case No. 1:26−cv−00276−RJJ−RSK

    v.                             Hon. Robert J. Jonker

U.S. DEPARTMENT OF HOMELAND
SECURITY,

        Defendant.
_____/

## **ORDER REJECTING PLEADING**

The Court has examined the following document(s) received February 23, 2026 and orders the Clerk to reject the Reply to response and return the document(s) to Ali Sultanov for the reason(s) noted below:

Pursuant to the Order entered February 17, 2026, this case is now closed.

IT IS SO ORDERED.


Dated:  February 24, 2026              _/s/ Ray Kent_____
                                 RAY KENT
                                 U.S. Magistrate Judge